IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUL FLAMER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT COLEMAN, et al. | : | No. 08-3127 |

**O R D E R**

AND NOW, this 17th day of September, 2009, upon careful consideration of the petition for a writ of habeas corpus and the response thereto (Doc. Nos. 1,2,9), it is hereby ORDERED that for the reasons set forth above, the petition is DENIED.

IT IS FURTHER ORDERED that no certificate of appealability will be issued pursuant to 28 U.S.C. § 2253 because Petitioner has failed to make a substantial showing of a denial of a constitutional right.

The Clerk of Court is hereby directed to mark this case closed.

s/Lowell A. Reed, Jr.
LOWELL A. REED, JR., S.J.